UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVY BISHOP,

Plaintiff,

-against-

THE CITY OF NEW YORK; et al.,

Defendants.

26-CV-8377 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 2, 2026, the Court directed Plaintiff, within thirty days, to: (1) either submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the fees required to file a civil action in this court; (2) submit a signature page for the complaint; and (3) either provide an address of record or consent to participate in electronic case filing. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not responded to the order in any way. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated: November 20, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge